**Dismissed and Memorandum Opinion filed November 5, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00685-CR

---

**WINSTON EDWARD GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1765962**

---

### MEMORANDUM OPINION

Under a plea-bargain agreement with the State, appellant pleaded guilty to aggravated assault and was sentenced to 10 years' imprisonment on June 5, 2024. He filed a notice of appeal on September 10, 2024.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction.

*Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

We lack jurisdiction because appellant's notice of appeal was filed more than 30 days after the sentence was imposed. Further, we lack jurisdiction because this is a plea-bargain case in which appellant's punishment does not exceed the agreed length of confinement, the clerk's record does not contain any appealable pretrial rulings, and the trial court did not grant appellant permission to appeal. Tex. R. App. P. 25.2(a)(2).

On September 23, 2024, we notified the parties of our intent to dismiss this appeal unless appellant demonstrated, within 21 days, that the court has jurisdiction. Appellant's response does not demonstrate that this court has jurisdiction. On October 18, 2024, the State filed a motion to dismiss. That motion is dismissed as moot.

The appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)